

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor
of the Estate of Rees R. Oliver, Jr., Deceased,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants Richard O. Weed, Timothy A. Weed, and Rees R. Oliver III.

SIGNED November 14, 2018.

_____
Karen Angelini, Justice